INA F. POWELL, Appellant and Respondent, *v.* ALBERT E. POWELL, Respondent and Appellant.

Argued May 21, 1945; decided July 19, 1945.

*James E. Cuff* for plaintiff-appellant and respondent.
*Charles B. Bechtold* for defendant-respondent and appellant.

Judgment insofar as appealed from by defendant affirmed. Appeal by plaintiff dismissed on the ground that it presents no question that this court may review. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.